UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANNA POWERS,**

        **Plaintiff,**

v.                                                Case No.  6:23-cv-1743-CEM-LHP

**USLM FINANCIAL LLC,**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Notice of Voluntary Dismissal (Doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record